# Third District Court of Appeal

## State of Florida

Opinion filed April 4, 2018.

_____

No. 3D15-2683
Lower Tribunal No. 14-32273
_____

## Wells Fargo Bank, National Association, etc.,
Appellant,

vs.

## Glenda Urbina, et al.,
Appellees.


An appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz-Cohen, Judge.

McGlinchey Stafford, and N. Mark New, II, Karin L. Posser, Kevin Inman, and William L. Grimsley (Jacksonville), for appellant.

Wesoloski Carlson, P.A., and Erik D. Wesoloski, for appellee Western Homes LLC.


Before SUAREZ, LAGOA, and SALTER, JJ.

PER CURIAM.

This is an appeal from an order granting final summary judgment in favor of

Appellee, Western Homes LLC, in a foreclosure action. Based on Western Homes

LLC's concession of error, we reverse the summary judgment and remand for further proceedings.  See Deutsche Bank Tr. Co. Americas v. Beauvais, 188 So. 3d 938 (Fla. 3d DCA 2016), review denied sub nom. Aqua Master Ass'n, Inc., etc. v. Deutsche Bank Nat'l Tr. Co. Americas, etc., SC16-732, 2018 WL 1136530 (Fla. Mar. 2, 2018).

Reversed and remanded.